IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY E. PRICE<br>*Plaintiff, pro se* | : | CIVIL ACTION |
| | : | |
| | : | NO. 17-1922 |
| v. | : | |
| | : | |
| COMMONWEALTH CHARTER<br>ACADEMY CYBER SCHOOL, *et al.*<br>*Defendants* | : | |

ORDER

**AND NOW**, this 6th day of April 2018, upon consideration of the *motion to dismiss Plaintiff's amended complaint* filed by Defendants Ruth B. Furman ("Defendant Furman") and the Bureau of Special Education ("Defendant BSE") (collectively, "Moving Defendants"), [ECF 20], the response in opposition thereto filed by Plaintiff Mary E. Price, [ECF 26], and the allegations contained in Plaintiff's amended complaint, [ECF 17], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion to dismiss is **GRANTED**, and all claims asserted against Moving Defendants in Plaintiff's amended complaint are **DISMISSED** pursuant to Federal Rule of Civil Procedure 12(b)(6).

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*