IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY E. PRICE<br>*Plaintiff, pro se* | CIVIL ACTION<br>NO. 17-1922 |
| v. | |
| COMMONWEALTH CHARTER<br>ACADEMY– CYBER<br>*Defendant* | |

# O R D E R

**AND NOW**, this 17th day of May 2018, upon consideration of the *motion to dismiss Plaintiff's amended complaint* filed by Defendant Commonwealth Charter Academy – Cyber ("Defendant CCA"), [ECF 21], the response in opposition thereto filed by Plaintiff Mary E. Price ("Plaintiff"), [ECF 26], and the allegations contained in Plaintiff's amended complaint, [ECF 17], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant CCA's motion to dismiss is **GRANTED**, Defendant CCA's request for attorneys' fees is **DENIED**, and all claims asserted against Defendant CCA in Plaintiff's amended complaint are **DISMISSED** pursuant to Federal Rule of Civil Procedure 12(b)(6). The Clerk of Court is directed to mark this case **CLOSED.**

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*